**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JESUS EDUARDO REYES HERMES,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-1499-KC** |
| **WARDEN ERO EL PASO CAMP EAST MONTANA, et al.,** | § § § | |
| **Respondents.** | § § | |

## <u>ORDER PREVENTING PETITIONER'S REMOVAL FROM THE COUNTRY & DISTRICT</u>

On this day, the Court sua sponte considered the case. On May 29, 2026, the Court denied Reyes Hermes' request for a temporary restraining order and preliminary injunction for his release or a bond hearing for the reasons stated in the Court's Order. May 29, 2026, Order, ECF No. 2. However, under the Court's inherent authority to preserve and assess its own jurisdiction, the Court may prevent Reyes Hermes' removal from the country or transfer from the District during the pendency of his case. *See Alves v. U.S. Dep't of Just.*, No. 3-25-cv-306-KC, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

Accordingly, upon due consideration, the Court **ORDERS** that Respondents **SHALL NOT** (1) remove or deport Reyes Hermes from the United States, or (2) transfer Reyes Hermes to any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed.

2

SO ORDERED.

SIGNED this 2nd day of June, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2