**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JESUS EDUARDO REYES HERMES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | |
| | § | **CAUSE NO. EP-26-CV-1499-KC** |
| **WARDEN ERO EL PASO CAMP EAST** | § | |
| **MONTANA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |
| | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case.  On June 10, 2026, the Court granted in part Jesus Eduardo Reyes Hermes' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision.  June 10, 2026, Order 4, ECF No. 5.

Respondents have now informed the Court that on June 16, 2026, an IJ ordered Reyes Hermes released on a $5,000.00 bond.  Resp., ECF No. 6; *see id.* Ex. A ("IJ Order"), ECF No. 6-1.

It appears that no matters remain to be resolved in this case.  *See generally* Pet., ECF No. 1; June 10, 2026, Order.  Accordingly, **the Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 18th day of June, 2026.**

_____
KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE